Decided March 17, 1998

## BANK OF BOSTON CONNECTICUT *v.* JOSEPH A. MONIZ ET AL.

The petition by the defendants Joseph A. Moniz and Julie A. Moniz for certification for appeal from the Appellate Court, 47 Conn. App. 234 (AC 16792), is granted, limited to the following issues:

"1. Did the Appellate Court properly decline to address the defendants' challenge to the plaintiff's use of an affidavit of debt to establish the amount due?

"2. If the answer to the first question is no, did the Appellate Court properly affirm the trial court's reliance on the affidavit of debt without holding an evidentiary hearing?"

NORCOTT and PALMER, Js., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 15889.

*Richard P. Weinstein* and *Nathan A. Schatz*, in support of petition.

Decided March 17, 1998